IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>            Defendants. | Case No. 4:23-cv-00830-O |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), all Defendants hereby appeal, to the U.S. Court of Appeals for the Fifth Circuit, the Court's October 7, 2023 Opinion & Order granting Plaintiffs' Motion for Preliminary Injunction, ECF No. 53.

| | |
|---|---|
| DATED: November 6, 2023 | Respectfully submitted, |
| | |
| | BRIAN M. BOYNTON |
| | Principal Deputy Assistant Attorney General |
| | |
| | ALEX HAAS |
| | Branch Director |
| | |
| | BRIGHAM J. BOWEN |
| | Assistant Branch Director |
| | |
| | /s/ Laura B. Bakst |
| | LAURA B. BAKST |
| | MICHAEL P. CLENDENEN |
| | ALEXANDER W. RESAR |
| | Trial Attorneys |
| | Civil Division, Federal Programs Branch |
| | U.S. Department of Justice |
| | 1100 L Street, NW |
| | Washington, DC 20005 |
| | Phone:   (202) 514-3183 |
| | E-mail:   laura.b.bakst@usdoj.gov |
| | |
| | *Counsel for Defendants* |

### Certificate of Service

On November 6, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Laura B. Bakst*