# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 17, 2023

Mr. Glenn D. Bellamy
Wood Herron & Evans, L.L.P.
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Mr. Whitney A Davis
Eggleston King Davis, L.L.P.
102 Houston Avenue
Suite 300
Weatherford, TX 76086

Mr. David Warrington
Dhillon Law Group, Incorporated
2121 Eisenhower Avenue
Suite 608
Alexandria, VA 22314

      No. 23-11138   National Association v. Garland
                           USDC No. 4:23-CV-830

Dear Counsel:

This letter is to advise that the court has requested a response to the Appellants' Motion for stay pending appeal to be filed in this office on or before Wednesday, November 22, 2023.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      */s/ Melissa Mattingly*
                               By: _____
                               Melissa V. Mattingly, Deputy Clerk
                               504-310-7719

cc:  Ms. Laura Bakst
     Mr. Bradley Hinshelwood