# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 28, 2023

Mr. Whitney A Davis
Eggleston King Davis, L.L.P.
102 Houston Avenue
Suite 300
Weatherford, TX 76086

    No. 23-11138   National Association v. Garland
                       USDC No. 4:23-CV-830

Dear Mr. Davis,

We received your appearance form. In light of the appearance form being a duplicate, we are taking no action on this filing.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673

cc:
    Ms. Laura Bakst
    Mr. Glenn D. Bellamy
    Mr. Bradley Hinshelwood
    Mr. Gary Lawkowski
    Mr. Benjamin Harry Beryll Sley
    Mr. Mark Bernard Stern
    Mr. David Warrington