# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 30, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-11138   National Association v. Garland
                  USDC No. 4:23-CV-830

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

Ms. Laura Bakst
Mr. Glenn D. Bellamy
Mr. Whitney A Davis
Mr. Bradley Hinshelwood
Mr. Gary Lawkowski
Ms. Karen S. Mitchell
Mr. Benjamin Harry Beryll Sley
Mr. Mark Bernard Stern
Mr. David Warrington