

2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314

Gary M. Lawkowski
Phone: 703.574.1654
GLawkowski@dhillonlaw.com

February 7, 2024

Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
Suite 115
New Orleans, LA 70130

**RE: Unopposed Attorney Extension Request, Case No. 23-11138**

Dear Mr. Cayce:

Consistent with Local Rule 31.4, I write on behalf of Appellees National Association for Gun Rights, Inc., Texas Gun Rights, Inc., Mr. Patrick Carey, Mr. James Wheeler, and Mr. Travis Speegle to request a twenty-nine (29) day extension of time to file Appellees' Brief.

This request is based on the engagement of counsel in other litigation. Other litigation includes, but is not limited to, *Trump v. Anderson, et al.*, 23-719 (United States Supreme Court).

Dhillon Law Group is one of the primary firms representing Appellees and drafting Appellees' briefs. Dhillon Law Group is also one of the firms representing President Donald J. Trump in the *Trump* matter, including counsel for Appellees in this case David A. Warrington and myself. The *Trump* Petition for a writ of certiorari was filed on January 3, 2024, and granted on January 5, 2024. The Court also set an expedited briefing schedule, with Petitioner's opening brief due January 18, 2024, Petitioner's Reply Brief due on February 5, 2024, and oral argument scheduled for February 8, 2024. During this time, we have been involved in preparing the relevant briefing and preparations for oral argument.

Appellants received an extension to file their opening brief on December 22, 2023 (ECF No. 53), and filed their opening brief on January 16, 2024. This is Appellees' first extension request. Appellees conferred with Appellants, who do not oppose this request.

Thank you very much for your time and attention to this matter.

        Sincerely,

        <u>/s/Gary Lawkowski</u>
        Gary M. Lawkowski
        Partner
        Dhillon Law Group

        *Counsel for Plaintiffs-Appellees*