# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 18, 2024

No. 23-11138　　National Association v. Garland
　　　　　　　　USDC No. 4:23-CV-830

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Pamela F. Trice, Deputy Clerk
　　　　　　　　　　　　　　504-310-7633

　　Ms. Laura Bakst
　　Mr. Glenn D. Bellamy
　　Mr. Jason T. Bramow
　　Mr. Whitney A Davis
　　Mr. Bradley Hinshelwood
　　Mr. Gary Lawkowski
　　Mr. Benjamin Harry Beryll Sley
　　Mr. Mark Bernard Stern
　　Mr. David Warrington