# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 09, 2024

TO COUNSEL LISTED BELOW:

    No. 23-11138    National Association v. Garland

Dear Counsel:

Due to a scheduling conflict this case will not be scheduled during the week of 07/08/2024, as previously advised.

It will be scheduled during the week of **08/05/2024**. Please mark your calendar accordingly.

    Very truly yours,

    LYLE W. CAYCE, Clerk

    By: _____
    Charles B. Whitney
    Calendar Clerk
    504-310-7679

Mr. Glenn D. Bellamy
Mr. Jason T. Bramow
Mr. Whitney A Davis
Mr. Bradley Hinshelwood
Mr. Gary Lawkowski
Mr. Benjamin Harry Beryll Sley
Mr. Mark Bernard Stern
Mr. David Warrington