

2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314

Gary M. Lawkowski
GLawkowski@dhillonlaw.com

June 14, 2024

Lyle W. Cayce
U.S. Court of Appeals for The Fifth Circuit
600 S. Maestri Place
Suite 115
New Orleans, LA 70130

**RE: Rule 28(j) Letter in *National Association for Gun Rights, et al. v. Garland, et al.*, Case No. 23-11138**

Dear Clerk Cayce;

Consistent with Rule 28(j) of the Federal Rules of Appellate Procedure and Local Rule 28.4, Plaintiff-Appellees write to provide notice of supplemental authority relevant to this case. On June 14, 2024, the U.S. Supreme Court issued a decision affirming the judgment of this Court in *Garland v. Cargill*, Case No. 22-976 (U.S. June 14, 2024). A copy of the decision is attached.

The Supreme Court's decision is relevant because it weighs directly on a central question in this case: the meaning of the statutory phrase "single function of the trigger."

Thank you very much for your time.

Sincerely,

*/s/Gary M. Lawkowski*
Gary M. Lawkowski