# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 2, 2024
Lyle W. Cayce
Clerk

No. 23-11138

---

NATIONAL ASSOCIATION FOR GUN RIGHTS, INCORPORATED; TEXAS GUN RIGHTS, INCORPORATED; PATRICK CAREY; JAMES WHEELER; TRAVIS SPEEGLE,

*Plaintiffs—Appellees*,

versus

MERRICK GARLAND, U.S. ATTORNEY GENERAL; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-830

---

ORDER:

IT IS ORDERED that the Appellants' unopposed motion to file

supplemental briefs, not to exceed 2,500 words each, is GRANTED. Appellants shall file their supplemental brief by July 12, 2024. Appellees shall file their supplemental brief by July 26, 2024.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT