# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 02, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-11138   National Association v. Garland
                  USDC No. 4:23-CV-830

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Ms. Laura Bakst
Mr. Glenn D. Bellamy
Mr. Jason T. Bramow
Mr. Whitney A Davis
Mr. Bradley Hinshelwood
Mr. Gary Lawkowski
Mr. Benjamin Harry Beryll Sley
Mr. Mark Bernard Stern
Mr. David Warrington